

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
       COUNSEL/PARTIES OF RECORD

JAN - 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr-280 |
| ) | |
| Plaintiff, ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM FOR |
| vs. ) | EDWARD MARCOS MELENDEZ |
| ) | (ID#) G05199 |
| ) | |
| EDWARD MARCOS MELENDEZ, ) | |
| ) | SEALED |
| Defendant. ) | |
| ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **EDWARD MARCOS MELENDEZ**, is committed by due process of law in the custody of the Warden, Correctional Training Facility, Highway 101 North, Soledad, California, 93960, that it is necessary that the said **EDWARD MARCOS MELENDEZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **EDWARD MARCOS MELENDEZ** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **EDWARD MARCOS MELENDEZ** before the United States District Court on or about _____, at the hour of 3:00 p.m.,

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Correctional Training Facility, Highway 101 North, Soledad, California, 93960, and to the United States Marshal for the District of Nevada, commanding them to produce the said **EDWARD MARCOS MELENDEZ** before the United States District Court on or about _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Correctional Training Facility, Highway 101 North, Soledad, California, 93960.

DATED this 5th day of January, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn

KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-280 |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR EDWARD MARCOS MELENDEZ (ID#) G05199 |
| vs. | |
| EDWARD MARCOS MELENDEZ, | SEALED |
| Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN, CORRECTIONAL TRAINING FACILITY, HIGHWAY 101 NORTH, SOLEDAD, CALIFORNIA, 93960; and
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

## GREETINGS:

WE COMMAND that you have the body of **EDWARD MARCOS MELENDEZ**, detained in the custody of the Warden, Correctional Training Facility, Highway 101 North, Soledad, California, 93960 before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said **EDWARD MARCOS MELENDEZ** is released and discharged by the said Court; and that you shall thereafter return the said **EDWARD MARCOS**

///
///
///

**MELENDEZ** to the custody of the Warden, Correctional Training Facility, Highway 101 North, Soledad, California, 93960, under safe and secure conduct, and have you then and there this writ.

DATED: January _____, 2016

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:
    LANCE S. WILSON, Clerk
    United States District Court

    By_____
             Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:15-cr-280 |
| Plaintiff, | ) ) ) | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS |
| vs. | ) ) | AD PROSEQUENDUM FOR **EDWARD MARCOS MELENDEZ** |
| **EDWARD MARCOS MELENDEZ,** | ) ) | (ID#) G05199 |
| Defendant. | ) ) ) | SEALED |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **EDWARD MARCOS MELENDEZ** before the United States District Court at Las Vegas, Nevada, on or about _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: January _____, 2016

_____
UNITED STATES MAGISTRATE JUDGE