DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
702-388-6546

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00280-RCJ-PAL |
| Plaintiff, | |
| vs. | STIPULATION FOR PROTECTIVE ORDER |
| EDWARD MARCOS MELENDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the nited States, and William C. Carrico, Assistant Federal Public Defender, counsel for defendant EDWARD MARCOS MELENDEZ, that this Court issue an Order protecting from disclosure to the public any discovery documents containing the personal identifying information such as credit and debit card account numbers, social security numbers, drivers' license numbers, dates of birth, or addresses, of participants, witnesses and victims in this case.  Such documents shall be referred to hereinafter as "Protected Documents."  The parties state as follows:

1.     Protected Documents which will be used by the government in its case in chief include personal identifiers, including for example, social security numbers, drivers' license

numbers, dates of birth, and addresses, of participants, witnesses, and victims in this case.

2. Discovery in this case is estimated to be a few hundred pages in length. Given the nature of the allegations and the facts and circumstances surrounding the crimes with which the defendant is charges, that is, that the defendant assumed identities of persons other than himself, obtained false identity documents, transferred produced and used counterfeit access devices and used unauthorized access devices, many of the documents in the discovery necessarily include personal identifiers. Redacting the personal identifiers of participants, witnesses, and victims would prevent the timely disclosure of discovery to defendant.

3. The United States agrees to provide Protected Documents without redacting the personal identifiers of participants, witnesses, and victims.

4. Access to Protected Documents will be restricted to persons authorized by the Court, namely defendant, attorney(s) of record and attorneys' paralegals, investigators, experts, and secretaries employed by the attorney(s) of record and performing on behalf of defendant.

5. The following restrictions will be placed on defendant, defendant's attorney(s) and the above-designated individuals unless and until further ordered by the Court. Defendant, defendant's attorneys and the above-designated individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of Protected Documents;

    b. allow any other person to read Protected Documents; and

    c. use Protected Documents for any other purpose other than preparing to defend against the charges in the Indictment or any further superseding indictment arising out of this case.

6. Defendant's attorney(s) shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

7. The requested restrictions shall not restrict the use or introduction as evidence of discovery documents containing personal identifying information such as social security numbers, drivers' license numbers, dates of birth, and addresses during the trial of this matter.

8. Upon conclusion of this action, defendant's attorney(s) shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying information such as social security numbers, drivers' license numbers, dates of birth, and addresses within a reasonable time, not to exceed thirty days after the last appeal is final.

DANIEL G. BOGDEN
United States Attorney


/s/Kimberly M. Frayn                              March 22, 2016
KIMBERLY M. FRAYN                           DATE
Assistant United States Attorney


/s/William C. Carrico                              March 22, 2016
WILLIAM C. CARRICO                         DATE
Assistant Federal Public Defender
Counsel for defendant EDWARD MARCOS MELENDEZ

**ORDER**

IT IS SO ORDERED this 25th day of March, 2016.


_____
UNITED STATES DISTRICT/MAGISTRATE COURT JUDGE