PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☑ INFORMATION ☐ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile

☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
                      ☐ Indictment  ☐ Charges/Counts Added
                      ☑ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT    **Las Vegas**
DISTRICT OF NEVADA
                                Divisional Office

Name and Office of Person
Furnishing Information on     ☐ U.S. Atty  ☐ Other U.S. Agency
THIS FORM                     Phone No. (702) 388-6336

Name of Asst.
U.S. Attorney     Kathryn C. Newman
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court
   (give name of court)

☐ this person/proceeding transferred from another district
   per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
   previously dismissed which were
   dismissed on motion of:
   ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a
   pending case involving this same
   defendant. (Notice of Related
   Case must still be filed with the
   Clerk.)

☐ prior proceedings or appearance(s)
   before U.S. Magistrate Judge
   regarding this defendant were
   recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of
offense          County

---

CASE NO.   2:15-cr-280-RCJ-PAL

USA vs.

Defendant:   Edward Marcos Melendez

Address:

FILED        RECEIVED
ENTERED      SERVED ON
             COUNSEL/PARTIES OF RECORD

DEC - 8 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                              DEPUTY

☐ Interpreter Required   Dialect: _____

Birth                    ☑ Male        ☐ Alien
Date _____             ☐ Female    (if applicable)

Social Security Number _____

### DEFENDANT

Issue:   ☐ Warrant   ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
    ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D
       ☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|-----|-----|-----|
| 4 | 18:4 | Misprison of Felony | One |
| | | | |
| | | | |
| | | | |