JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Edward.G.Veronda@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Evelyn Carrasco,<br><br>Defendants. | Case No.: 2:15-cr-00280-RCJ-DJA<br><br>**NOTICE OF APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Edward Veronda, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated:  June 27, 2023.

Respectfully Submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edward G. Veronda*
_____
EDWARD G. VERONDA
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ELECTRONIC CERTIFICATE OF SERVICE**

I, undersigned, hereby certify that I am an employee of the United States Attorney's Office, District of Nevada, and that on this day an electronic copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED:  This 27th day of June 2023.

*/s/ Edward G. Veronda*
_____
EDWARD G. VERONDA
Assistant United States Attorney

2